IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.
    Plaintiff,

vs.                                    3:10cv544/RV/CJK

CLASSIC HOME BUILDERS, INC.,
et al.,
    Defendants.
_____

## ORDER AND
## REPORT AND RECOMMENDATION

This cause having come before the court upon the parties' Stipulation for Voluntary Dismissal with Prejudice (doc. 215), and plaintiff Home Design Services Inc.'s Notice of Voluntary Dismissal without Prejudice (doc. 216), it is ORDERED:

1.     All pending motions are DENIED as MOOT.

2.     Any hearings currently scheduled in this case are hereby CANCELED.

And it is respectfully RECOMMENDED:

1.     That the remaining claims by, between and against Geometrics, Inc., Charles D. Lee, II, Classic Home Builders, Inc., Daniel J. Speranzo, and Ricky L. Faciane be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

    2.    That the claim as to defendant, Mabire & Porter Residential Designers and Planners, Inc. be DISMISSED WITHOUT PREJUDICE.

    3.    That in the event settlement between the parties mentioned above is not consummated for any reason, the Court reserve jurisdiction, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside the order of dismissal.

    4.    The clerk be directed to close the file.

DONE AND ORDERED this 19th day of September, 2012.

                      */s/ Charles J. Kahn, Jr.*
                        CHARLES J. KAHN, JR.
                        UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).